526 A.2d 358

## KEYSTONE CHAPTER, ASSOCIATED BUILDERS AND CONTRACTORS, INC.

v.

**Dick THORNBURGH, Governor of the Commonwealth of Pennsylvania, and James W. Knepper, Jr., Secretary of the Department of Labor and Industry of the Commonwealth of Pennsylvania, Appellants.**

Supreme Court of Pennsylvania.

Argued May 14, 1987.

Decided June 1, 1987.

Ellis M. Saull, Andrew S. Gordon, Philadelphia, for appellants.

Stephen J. Weglarz, Lancaster, for appellee.

## ORDER

PER CURIAM.

Order affirmed.